```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 03 B 51883
   NICHOLAS D TAYLOR
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER
          Debtor
   SSN XXX-XX-8194


-----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 12/30/2003 and was confirmed 03/10/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 03/12/2007.
-----------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
-----------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED         12065.00        1585.46        12065.00
CAPITAL ONE AUTO FINANCE  UNSECURED        3442.42            .00          344.24
INTERNAL REVENUE SERVICE  PRIORITY         2476.58            .00         2476.58
CITY OF CHICAGO PARKING   UNSECURED        7167.70            .00          716.77
CITY OF CHICAGO WATER DE  UNSECURED       NOT FILED          .00              .00
CITY OF CHICAGO WATER DE  UNSECURED       NOT FILED          .00              .00
HELLER & FRISONE          NOTICE ONLY     NOT FILED          .00              .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED          .00              .00
TALAN & KTSANES           NOTICE ONLY     NOT FILED          .00              .00
CITY OF CHICAGO PARKING   UNSECURED           50.00          .00             5.00
SURETY FINANCE CORP       UNSECURED       NOT FILED          .00              .00
INTERNAL REVENUE SERVICE  UNSECURED           25.44          .00             2.54
ILLINOIS DEPT OF REVENUE  PRIORITY          714.02           .00           714.02
LEGAL HELPERS PC          DEBTOR ATTY     1,700.00                       1,700.00
TOM VAUGHN                TRUSTEE                                        1,072.68
DEBTOR REFUND             REFUND                                             1.71

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE             20,684.00

PRIORITY                                   3,190.60
SECURED                                   12,065.00
    INTEREST                               1,585.46
UNSECURED                                  1,068.55
ADMINISTRATIVE                             1,700.00
TRUSTEE COMPENSATION                       1,072.68
DEBTOR REFUND                                  1.71
                    ---------------        ---------------
TOTALS              20,684.00             20,684.00

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 03 B 51883 NICHOLAS D TAYLOR
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/04/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 03 B 51883 NICHOLAS D TAYLOR